## SMITH *v.* SMITH.

No. 8066. MAY 14, 1931.

*J. R. Davis,* for plaintiff in error. *T. P. Stephens,* contra.

HILL, J. Mrs. Alpha Ellerbee Smith brought a petition against her husband, J. Burruss Smith, for permanent alimony for her-

self and their minor child. The jury returned a verdict of $25 per month as alimony for the support of the child, to be paid over a period of ten years. The defendant's motion for new trial, based upon the general grounds only, was overruled, and he excepted.

The verdict in favor of Julius Harrell Smith, son of Burrus and Alpha Smith, awarding "$25 per month, commencing April 1, 1931, to and including March 1, 1940," was authorized by the evidence; and there being no error of law complained of, the refusal of a new trial is affirmed.

*Judgment affirmed. All the Justices concur.*